IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Boryscka, Pamela Sue

Printed: 6/24/08

Case Number: 04 B 28279
Judge: Squires, John H
Filed: 7/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: September 22, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 52,598.12 |  |
| Secured: |  | 31,725.25 |
| Unsecured: |  | 14,739.19 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 2,759.71 |
| Other Funds: |  | 673.97 |
| Totals: | 52,598.12 | 52,598.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 24,990.38 | 24,990.38 |
| 3. | Resurgent Capital Services | Secured | 68.19 | 68.19 |
| 4. | Wells Fargo Home Mortgage | Secured | 5,624.30 | 5,624.30 |
| 5. | ECast Settlement Corp | Secured | 521.19 | 521.19 |
| 6. | ECast Settlement Corp | Secured | 521.19 | 521.19 |
| 7. | Cavalry Portfolio Services | Unsecured | 1,300.21 | 1,300.21 |
| 8. | Capital One | Unsecured | 599.88 | 599.88 |
| 9. | Resurgent Capital Services | Unsecured | 516.96 | 516.96 |
| 10. | ECast Settlement Corp | Unsecured | 3,956.18 | 3,956.18 |
| 11. | ECast Settlement Corp | Unsecured | 2,148.66 | 2,148.66 |
| 12. | ECast Settlement Corp | Unsecured | 2,401.50 | 2,401.50 |
| 13. | Aspire Visa | Unsecured | 3,815.80 | 3,815.80 |
| 14. | Wheels Of Chicago | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,164.44 | $ 49,164.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 523.09 |
| 4% | 130.68 |
| 3% | 81.16 |
| 5.5% | 598.28 |
| 5% | 162.94 |
| 4.8% | 338.94 |
| 5.4% | 924.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Boryscka, Pamela Sue | Case Number:  04 B 28279 |
| | Judge:  Squires, John H |
| Printed:  6/24/08 | Filed:  7/30/04 |

$$_____$$
$ 2,759.71

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____